IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 97-WY-556-WD (BNB)

PAMELA A. RAY,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER

AND NOW, this 28th day of November, 2005, the Court having duly considered Defendant's Motion to Stay Enforcement Of Judgment Pending Appeal, hereby grants said Motion, approving the supersedeas bond as filed by the Defendant and staying enforcement of the Amended Judgment pending resolution of the appeal.

                                                                         /s/ William F. Downes
                                                                         United States District Judge

**DISTRIBUTION:**

Mark E. Schmidtke, mschmidtke@hwelaw.com

James A. Cederberg, clfpc@aol.com